IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

VS.                                                                  Civil Action No. 3:08CV257 HTW-LRA

ALI A. HANIFI                                                                               DEFENDANT

## FINAL JUDGMENT

This cause came on motion ore tenus of the United States Attorney to dismiss this suit against Ali A. Hanifi, defendant, on the grounds that the defendant filed a Petition in Bankruptcy on November 2, 2004, and the collection of this debt is being handled by the Department of Education Bankruptcy Unit; therefore, this action may be barred by the automatic stay provision under Title 11 U.S.C. §362;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case be and the same is hereby dismissed without prejudice, as to defendant, Ali A. Hanifi.

ORDERED AND ADJUDGED this 26th day of September, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE